UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KEITH ARNOLD SCOTT;

        Plaintiff(s),

vs.

MARKWAYNE MULLIN; JOSEPH B. EDLOW; TODD BLANCHE;

        Defendant(s).

Case # 2:26-CV-01432-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

        Sadaf F. Ahmed    , Petitioner, respectfully represents to the Court:
        (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Jeelani Law Firm, PLC
(firm name)

with offices at       3701 W. Algonquin Road, Ste. 630     ,
                      (street address)

Rolling Meadows   ,   Illinois   ,   60008   ,
    (city)               (state)      (zip code)

312-767-9030   ,   sadaf@jeelani-law.com   .
(area code + telephone number)      (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

KEITH ARNOLD SCOTT      to provide legal representation in connection with
      [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.       That since _____June 16, 2021_____, Petitioner has been and presently is a
                                            (date)
member in good standing of the bar of the highest Court of the State of _____Illinois_____
                                                                                (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.       That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see attached Addendum for complete | | |
| list of the Courts to which I am admitted. | | |
| To the best of my knowledge I am in good | | |
| standing in listed courts. | | |
| | | |
| | | |
| | | |

5.       That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

Indiana State Bar Association

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 04/29/2024 | 05:551 APA | District of Nevada | Granted |
| 12/29/2025 | 2:25-cv-02598 APA | District of Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Illinois_____ )
                                )
COUNTY OF ___DuPage___          )

_____Sadaf F. Ahmed_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___6___ day of ___May___, 2026 .

_____
Notary Public or Clerk of Court

"OFFICIAL SEAL"
REBECA F PENA SERNA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 04/24/2027

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Karen S. Monrreal_____,
                                                                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____601 S. Arlington Avenue_____,
                (street address)

____Reno____, ____Nevada____, ___89509___,
   (city)         (state)      (zip code)

___(775) 826-2380___, ___karen@monrreallaw.com___.
(area code + telephone number)    (Email address)

4                                                          Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Karen S. Monrreal _____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Sadaf F. Ahmed Esq.
_____
(type or print party name, title)

_____
(party's signature)

Keith Scott
_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

_____      karen@monrreallaw.com
Bar number                       Email address

APPROVED:

DATED this 12th day of May, 2026

_____
UNITE STATES MAGISTRATE JUDGE

5

Rev, 5/16

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

### SADAF F AHMED

is a member of the bar of the Supreme Court of Indiana since admission on _____ June 16, 2021 _____, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 3rd day of May, 2026.

Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court

**DISTRICT COURT ADMISSIONS:**

| Name of Court | Registration No. | Date of Admission |
|---|---|---|
| U.S. Federal Dist. Ct, D.C. | IN0013 | 09/06/2022 |
| U.S. Federal Dist. Ct. Colorado | No Bar ID Assigned | 05/18/2023 |
| U.S. Federal Ct. Northern Dist. of Illinois | 3668749 | 02/07/2024 |
| U.S. Dist. Ct. Southern Dist. of Texas | 3839563 | 09/15/2023 |
| Western District of Texas | No Bar ID Assigned | 11/01/2023 |
| Western District of Michigan | No Bar ID Assigned | 09/19/2023 |
| U.S. Dist. Ct. Central District of Illinois | No Bar ID Assigned | 04/02/2024 |
| Eastern District of Wisconsin | No Bar ID Assigned | 06/21/2024 |
| Eastern District of Texas | No Bar ID Assigned | 08/08/2024 |
| Western District of Oklahoma | No Bar ID Assigned | 08/30/2024 |
| Northern District of New York | No Bar ID Assigned | 09/17/2024 |
| Southern District of Indiana | No Bar ID Assigned | 02/13/2025 |
| District of Maryland | 31449 | 02/21/2025 |
| District of Connecticut | ct31918 | 04/14/2025 |
| Eastern District of Arkansas | No Bar ID Assigned | 06/20/2025 |
| Eastern District of Missouri | 3668749IN | 03/24/2026 |
| Western District of Arkansas | No Bar # | 02/19/2026 |

**STATE BAR ADMISSION:**

| | | |
|---|---|---|
| Indiana (State Bar Only) | Attorney No. 36687-49 | 06/16/2021 |
| United States Supreme Court | | 11/10/2025 |