TODD BLANCHE
United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Keith Arnold Scott,<br><br>Plaintiff,<br><br>v.<br><br>Markwayne Mullin; Joseph B. Edlow; and Todd Blanche,<br><br>Defendants. | Case No. 2:26-cv-01432-DJA<br><br>**Stipulation Remanding Case to United States Citizenship and Immigration Services, Pursuant to 8 U.S.C. § 1447(b)** |

Plaintiff Keith Arnold Scott ("Plaintiff") ("Plaintiff") commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been interviewed. USCIS is now prepared to resolve this matter by adjudicating Plaintiff's application for naturalization. However, USCIS cannot adjudicate the application until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (*accord*.).

Accordingly, subject to the Court's approval and pursuant to LR IA 6-2, it is hereby stipulated that:

1. The Court shall remand this case to the Las Vegas Field Office of USCIS, directing the agency to take all necessary actions and issue a decision on Plaintiff's application for naturalization within 120-days of the remand, absent unforeseen circumstances.
2. Each of the parties shall bear its own fees and costs.

Respectfully submitted this 12th day of August 2026.

JEELANI LAW FIRM, PLC

*/s/ Sadaf F. Ahmed*
SADAF F. AHMED
sadaf@jeelani-law.com
*Non-Resident Attorney for Plaintiff*

Law Office of Karen S. Monrreal, Esq.

*/s/ Karen S. Monrreal*
KAREN S. MONRREAL, ESQ.
karen@monrreallaw.com
*Local Counsel for Plaintiff*

TODD BLANCHE
United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
*Attorneys for the Federal Defendants*

**IT IS SO ORDERED:**

**DANIEL J. ALBREGTS**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 8/13/2026